**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:20-cr-00683-PAB-2 |
| Plaintiff, | JUDGE PAMELA A. BARKER |
| -vs- | |
| | **ORDER** |
| **JONTE LEWIS,** | |
| Defendant. | |

This matter is before the Court upon the request of the Pretrial Services Officer for a finding that the Defendant violated the conditions of his supervised release. A petition was presented for action by the Court for cause as follows:

- Violation 1: Illicit Substance Use: On August 1, 2023, Defendant tested positive for the presence of marijuana. The urinalysis was sent to Abbot Toxicology Services and on August 7, 2023, the national laboratory confirmed that the urinalysis screen was positive for marijuana.

- Violation 2: Illicit Substance Use: On October 2, 2023, Defendant tested positive for the presence of marijuana. The urinalysis was sent to Abbot Toxicology Services and on October 9, 2023, the national laboratory confirmed that the urinalysis screen was positive for marijuana.

- Violation 3: Illicit Substance Use: On December 4, 2023, Defendant tested positive for the presence of marijuana. The urinalysis was sent to Abbot Toxicology Services and on December 9, 2023, the national laboratory confirmed that the urinalysis screen was positive for marijuana.

- Violation 4: Illicit Substance Use: On February 29, 2024, Defendant tested positive for the presence of marijuana. The urinalysis was sent to Abbot Toxicology Services and on March 4, 2024, the national laboratory confirmed that the urinalysis screen was positive for marijuana.

- Violation 5: Failure to Consistently Attend Outpatient Treatment Services: Defendant was referred for a substance abuse and mental health assessment on September 8, 2023. Defendant was discharged on June 10, 2024, from

Community Assessments & Treatment Services (CATS) due to noncompliance and poor attendance.

On July 8, 2024, Defendant appeared before Magistrate Judge Jennifer Dowdell Armstrong for an initial appearance on his supervised release violations 1, 2, 3, 4, and 5 in the Violation Report. (Doc. No. 85.) Magistrate Judge Jennifer Dowdell Armstrong provided this Court with a Report and Recommendation that Defendant knowingly and voluntarily admitted to the violations. (Doc. No. 90.) No objections were filed to the Report and Recommendation of Magistrate Judge Jennifer Dowdell Armstrong.

On July 30, 2024, a Supplemental Report was provided to the Court as to Defendant's continued non-compliance with the terms and conditions of his supervised release. (Doc. No. 91.)

On July 31, 2024, Defendant appeared and was represented by David E. Johnson. Assistant U.S. Attorneys Joseph Walsh and Kelly L. Galvin present on behalf of the United States of America. Pretrial Services Supervising Officer Valencia Small also present. Based upon the Report and Recommendation of Magistrate Judge Armstrong, and no objections being made thereto, the Court found the Defendant to be in violation of the terms of his supervised release.

The Court heard from Defendant's attorney, Defendant, Counsel for the Government, and P.O. Small and upon consideration of all of the information in the Violation Report and Supplemental Information Report identified on the record, revoked Defendant's supervision. Defendant is remanded to the custody of the United States Marshal to be detained for a term of three months, with no term of supervision to follow. Defendant advised of his right to appeal.

**IT IS SO ORDERED.**

                                                             *s/Pamela A. Barker*
                                                             PAMELA A. BARKER
Date: July 31, 2024                             U. S. DISTRICT JUDGE